United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Kevin John Senn #136226 | Case No. 15-mc-80230-JD<br><br>**ORDER OF SUSPENSION** |

Because Kevin John Senn has failed to respond to the Order to Show Cause, Kevin John Senn's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: October 27, 2015

_____
JAMES DONATO
United States District Judge

United States District Court<br/>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Kevin John Senn #136226 | Case No.  15-mc-80230-JD<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on 10/27/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin John Senn
1990 N. California Blvd.
Fl 8
Walnut Creek, CA 94596

Dated: 10/27/2015

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato